UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KEVIN J. WILSON**  **CIVIL ACTION**

**VERSUS**  **NO. 20-3111**

**STATE OF LOUISIANA**  **SECTION: "G"(4)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Kevin J. Wilson's petition for issuance of a writ of habeas corpus is dismissed without prejudice pursuant Federal Rule of Civil Procedure 41(a).

**NEW ORLEANS, LOUISIANA,** this  28th  day of February, 2022.

                                        **NANNETTE JOLIVETTE BROWN**
                                        **CHIEF JUDGE**
                                        **UNITED STATES DISTRICT COURT**